FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 JUL -2 PM 2:31
CLERK _M. akin_
S.D. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO. 3:17CR00004 |
| | ) | |
| JO CAROL WHITE | ) | |
| | ) | |

## ORDER

The United States Attorney for the Southern District of Georgia has now filed a motion for reduction of sentence pursuant to Federal Rules of Criminal Procedure 35(b). On March 21, 2018, the Court sentenced the Defendant to a total of fifteen (15) months custody of the Bureau of Prisons. The Court also imposed a term of three (3) years supervised release, a $3,000 fine, and a $100 special assessment.

Upon receiving the current motion, the Court found no need for a hearing on the matter. After reviewing the motion and upon advice from the United States Probation Office, the Government's motion for a reduction of the sentence of imprisonment is hereby **GRANTED**.

It is the judgment of this Court that the sentence of imprisonment imposed on March 21, 2018, is hereby reduced from a total term of fifteen (15) months to a total term of twelve (12) months and one (1) day. All other terms shall remain in effect as originally imposed on March 21, 2018.

SO ORDERED this 29th day of June, 2018.

_____
Dudley H. Bowen, Jr.
United States District Judge